

**FILED**

FEB 26 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 2:20 mj-00043 AC |
| ) | No. 3:20-CR-008 |
| v. ) | |
| ) | JUDGES VARLAN/GUYTON |
| MARLA ANNE MEREDITH ) | |

## ORDER

Upon motion of the United States and for good cause shown it is hereby

ORDERED that the Indictment be unsealed as to the above-named defendant.

ENTER: 2/25/20

_____
~~H. Bruce Guyton~~ Allison Claire
UNITED STATES MAGISTRATE JUDGE